UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CAROLYN MURPHY, | ) |
| | ) CASE NO. C13-0015RAJ |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) ORDER AFFIRMING |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) COMMISSIONER |
| | ) |
| Defendant. | ) |
| | ) |

The Court has reviewed the entire record, including the Administrative Record, the memoranda of the parties, and the Report and Recommendation ("R&R") of United States Magistrate Judge Mary Alice Theiler. The court notes that no one has objected to the R&R.

The court adopts the R&R (Dkt. # 23) and thereby affirms the decision of Defendant. The Clerk shall dismiss this case, enter judgment in favor of Defendant, and ensure that Judge Theiler receives notice of this order.

DATED this 24th day of September, 2013.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Court Judge

ORDER AFFIRMING COMMISSIONER
PAGE -1