01
02
03
04
05

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

06

AT SEATTLE

07 | CAROLYN MURPHY,                              )
                                                 )   CASE NO. C13-0015RAJ
08 |       Plaintiff,                             )
                                                 )
09 |       v.                                     )
                                                 )   ORDER AFFIRMING
10 | CAROLYN W. COLVIN, Acting                    )   COMMISSIONER
     Commissioner of Social Security,            )
11 |                                              )
           Defendant.                             )
12 | _____    )

13        The Court has reviewed the entire record, including the Administrative Record, the

14 memoranda of the parties, and the Report and Recommendation ("R&R") of United States

15 Magistrate Judge Mary Alice Theiler.   The court notes that no one has objected to the R&R.

16        The court adopts the R&R (Dkt. # 23) and thereby affirms the decision of Defendant.

17 The Clerk shall dismiss this case, enter judgment in favor of Defendant, and ensure that Judge

18 Theiler receives notice of this order.

19        DATED this 24th day of September, 2013.

20

21 _____

22        The Honorable Richard A. Jones
          United States District Court Judge

ORDER AFFIRMING COMMISSIONER
PAGE -1